**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

James Isaac Funderburk
Funderburk & Herpin
P. O. Drawer 1030
Abbeville LA 70511-1030

**REHEARING ACTION: March 23, 2011**

**Docket Number: 10   01017-CA**

**CARLOS REYES-SILVA**
**VERSUS**
**DRILLCHEM DRILLING SOLUTIONS, LLC**

**Appealed from Lafayette Parish Case No. 20091445**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. John D. Saunders**
> **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Drillchem Drilling Solutions, LLC** has this day been

> **DENIED.**

cc: Carl M. Duhon, Counsel for the Appellant
    Ike Huval, Counsel for the Appellant